## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **ABIRA MEDICAL LABORATORIES LLC,** <br><br> *Plaintiff,* <br><br> v. <br><br> **MERITAIN HEALTH, INC.,** <br> *Defendant.* | **Civil No. 24-3140** |

## ORDER

**AND NOW**, this 30th day of March, 2026, upon consideration of Defendant's Motion to Dismiss (ECF No. 31), and the response and reply thereto, and for the reasons stated in the Court's Memorandum, it is hereby **ORDERED** that the Motion is **GRANTED** as follows:

1. Defendant's Motion is **GRANTED** as to Plaintiff's request for punitive damages, and that claim is **DISMISSED** with prejudice.

2. Defendant's Motion is **GRANTED** as to Count III, which was previously dismissed with prejudice and may not be reasserted.

3. Defendant's Motion is **GRANTED** as to Counts I, II, and IV, and those claims are **DISMISSED** with leave to amend consistent with the Court's Memorandum.

**BY THE COURT:**

_____
MARY KAY COSTELLO, J.